**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 12, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00123-CV

**LOCKWOOD, ANDREWS & NEWMAN, INC., Appellant**

**V.**

**GEOFF MULES AND ANNETTE MULES, Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-72364**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 23, 2018. On May 22, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.